IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CLUB DEMONSTRATION SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00007-HRH |

## [PROPOSED] ORDER APPROVING CONSENT DECREE

Having considered the parties' *Consent Decree* at Docket No. 107, the Court HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, APPROVED as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

Dated this _____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　H. RUSSELL HOLLAND
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE