IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                            Plaintiff,<br><br>  vs.<br><br>CLUB DEMONSTRATION SERVICES, INC.,<br><br>                           Defendant. | No. 1:19-cv-0007-HRH |

O R D E R

Approval of Consent Decree

Having considered the parties' Consent Decree,[1] filed September 30, 2021, the court HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, APPROVED as the final decree of this court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorney fees. The court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED at Anchorage, Alaska, this  4th  day of October, 2021.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 107.

ORDER – Approval of Consent Decree     - 1 -